```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ SHERRI WALKER HOBSON
   │ Assistant United States Attorney
 3 │ California State Bar No. 142947
   │ 880 Front Street, Room 6293
 4 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-5027
 5 │
   │ Attorney for Plaintiff
 6 │ United States of America
```



FILED
AUG 1 0 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR3546L |
|---|---|---|
| Plaintiff, | ) | PROTECTIVE ORDER |
| v. | ) | |
| SAUL ONTIVEROS-ZAMORA, | ) | |
| Defendant. | ) | |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pre-trial discovery of an ongoing narcotics investigation, and to prevent premature disclosure of evidence to others,

IT IS HEREBY ORDERED that the defendant, his counsel of record, and the counsel's assistants, has hereafter defined, shall not disclose the substance of any discovery material received from the Government in the above-captioned matter to any third party, unless such material is already a matter of public record, without prior approval of this Court;

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure,

IT IS FURTHER ORDERED that the United States Attorney and the Assistant United States Attorney assigned to this case (hereafter collectively referred to as "the Government") and their assistants,

the defendant, his counsel and assistants, shall not disclose the substance of any discovery material produced to the defendant or obtained by the Government from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in any way in the investigation or prosecution of the case;

Except that nothing contained herein shall prevent the Government, or any defendant or his counsel, from disclosing such discovery material to any other attorneys working for the Government, the defendant or his counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the Government or the defendants and their counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the Government and its assistants only, in other criminal investigations, without prior court order;

Further, nothing contained herein shall preclude the Government, defendants or his counsel, or respective assistants from conducting a normal investigation of the facts of this case on behalf of the Government or said defendant, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the Government, the defendants or their counsel,

or their respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within ten (10) days.

Defense counsel and the Government shall be required to communicate the substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

SO ORDERED.

DATED: 8/10/09

THE HONORABLE M. JAMES LORENZ
United States District Judge

I consent to the entry of the attached protective order in the case of <u>United States v. Saul Ontieros-Zamora</u>, Criminal Case No. 08CR3546L.

DATED: 8/10/09

*Rebecca Kanter for*
SHERRI WALKER HOBSON
Assistant United States Attorney

DATED: 8/10/09

DAVID ELDEN
Attorney for defendant
SAUL ONTIVEROS-ZAMORA

DATED: 8/10/09

*Saul Ontiveros*
DEFENDANT SAUL ONTIVEROS-ZAMORA

4